IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| CLINTON OSBORNE, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 3:07-1290 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| GEORGE M. LITTLE, et al., | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendants' motion to dismiss (Docket Entry Nos. 14 and 16) are **GRANTED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 28th day of August, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge